# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        Plaintiff,

        -vs-                                 Case No. 06-CR-63

**DEBRA TIMKO,**

        Defendant.

## ORDER

The Court has read the respective submissions from the defendant Debra Timko ("Timko") and the Government relative to Timko's challenge to Magistrate Patricia J. Gorence's Recommendation dated April 24, 2007, denying Timko's Motion to Dismiss Counts 18-21 of the Superseding Indictment.

Based upon that review, the Court adopts the conclusions reached by the Magistrate Judge and the reasoning supporting same. Accordingly, Timko's challenge to the Magistrate Judge's Recommendation is **DENIED**.

Dated at Milwaukee, Wisconsin, this 14th day of May, 2007.

        **SO ORDERED,**

        **s/ Rudolph T. Randa**
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**